# EXHIBIT 1

**6/24/2026 - New pay scale is up.... please see "wages" page.**
6/16/2026 - Good Evening - Here is the latest development in the progress of the lawsuit: The Complaint was filed in Federal Court today, with the intent of restoring our CBA and all other collective bargaining rights. I have attached the filed lawsuit. (**see CBA/Lawsuit page to view document**) We will be discussir the next steps with the Law Firm in the near future. Keep an eye out for future updates as this process progress's. Thank you to all of those that have continued to be committed to this organization and support this fight to maintain our rights.

**5/26/2026 - Good morning everyone. I have a very important update on our continuing effort to fight for ou rights and to be recognized by the agency as the exclusive representative of our members in the NWD.**

**This morning I signed a retainer agreement, unanimously approved by the E-board, with McGillivary, Steele, Elkin, a Unionized Law Firm based out of Washington D.C. that represents Federal Unions and Federal Employees. They will be filing a lawsuit in Federal court on our behalf in the near future, and ther shortly after filing for an injunction to reinstate the contract and UPTO's rights under the FSLMRA. As always, we will keep you informed of any updates as they come our way.**

**Finally, thank you to all the members that have continued to support UPTO. Without the dedication and support of all the members, this fight would not be able to continue. I hope everyone had a great holiday weekend.**

**In Solidarity!!! - Jake**

5/20/2026 - FYI - We are in contact with Wage and Salary and they are in the process of collecting data for our ne wage schedule. Once they get all of the numbers, it shouldn't take long to complete. I will keep you updated with any new info on this. Thanks - Bret
4/28/2026 - Anyone looking for a new position/location, please sign up for notifications on
https://www.usajobs.gov/ ... (probably more reliable than what we were doing anyway). Sometimes they forgot to send them and sometimes I was on leave...
--------------------------------------------------------------------------------------------------------------------------------------------------------
--------------------------------
**4/17/2026 - From our Union President -**
**Statement on Executive Order - EXCLUSIONS FROM FEDERAL LABOR-MANAGEMENT RELATIONS PROGRAMS**
Greetings UPTO Brothers and Sisters,
As everyone should be aware there was an Executive Order (EO 14251 - EXCLUSIONS FROM FEDERAL LABOR-MANAGEMENT RELATIONS PROGRAMS) issued March 27th, 2025 directing agencies to no longer recognize Unions and to cancel their CBA's. Today we received that notification from the agency that our CBA was cancelled effective immediately. With the cancellation of the CBA here is a list of what we lost:
• All grievance procedures
• I&I bargaining used to address changes in working conditions
• Official Time for Union Officers and representatives
• Automatic Union Dues Deductions
• Weingarten rights

With that said, **IT IS NOT** all bad news. All our other rights that are covered by other laws, outside of our contract, are still in full force. Breaks, Pay, EEO, whistleblower protection, etc. are still in effect. With the continued support of the membership and only paying members (we are no longer obligated to represent non-paying employees, and they will receive no benefit from any action brought from our organization) we will continue to provide all the other services that are independent of the CBA. Those services include:
:
• Reasonable Accommodation
• EEO
• Whistleblower
• OSHA
• Office of Special Counsel
• Federal Court of Claims
• MSPB Appeals
• FLIPL Reimbursement
• Sudden Death Emergency Fund
• OWCP
• Retirement Rebate of Dues
• Claude Leinbach Scholarship
• Removal representation through our Retained Attorney
• Legal Advice through our Retained Attorney
There is still a chance that this is overturned after the midterms and until that time we will continue to operate in the same manner we have had for last 45 years.
In Solidarity,
Jake Chambers
UPTO President

**3/6/2026 - UPTO E-Board Nominations from the Annual Meeting**

**President:**

Jake Chambers - Albeni Falls

Norm Roff – Chief Joe

**Treasurer:**

Andy Michel – Ice Harbor

Jason Blain – Bonneville

**Secretary:**

Bret Smith – Albeni Falls

Joe Newton – Bonneville

**LWVVP:**

Mike Erickson – Lookout

**LCVP:**

Mike Spears – Bonneville

**WWVP:**

Mike Flowers – McNary

Patrick Carpenter – Lower Granite

**Seattle VP:**

Norm Roff – Chief Joe

2/20/2026 - REMINDER: The UPTO Life Flight Renewal is due at the end of this month. If you have any changes in address or household members, please ask your rep for a new Life Flight Membership Enrollment Form. Thank you.

**2/2/2026 - Please see 2026 ANNUAL MEETING** agenda and constitution/bylaw change proposals... (left side of page, under **Member Resources**).

01/20/2026 - **Congratulations to the UPTO/Claud Leinbach Scholarship winners for 2026!** This year's winners are **Nolynd Cook, Kendyl Barnea and Jaxon Fair**. Students will each receive $2000 during their first year of college or trade school. They will also receive an award presented by their District VP, (or designated representative). We would like to than all of the students who applied and we wish them the best in their future education and careers.

12/29/2025 - From our UPTO President ~ I hope everyone had a wonderful Christmas and are looking forward to the New Year. I wanted to take a few minutes to give an update on a few items.

1. Delayed OT grievance: As I am sure most everyone is aware, we settled the delayed OT grievance that was fil back in 2022. The agency agreed to pay our members a total of $186,000 for late payment of OT in violation of th FLSA. The agency agreed to pay within 90 days of our submission of W9's and Direct Deposit Information of eac recipient. We submitted those documents on October 10th, which gives the agency until January 8th to comply. I have heard of members in Portland District receiving payments, but not in the other Districts. It is my understandi that each District is handling their own payments. I have also heard that there were some members that thought they should have been included and were not. Although I think this information has been relayed to those membe already through their VP's and reps I would still like to give context to how the situation unfolded in case they wer not aware. This settlement had been a back and forth with the agency for over 2 years, when out of the blue, sinc they had been ghosting us for months, we received the settlement offer that we ultimately agreed to. The timing o that offer also coincided within a day of the executive order that was intended to strip us of all of our bargaining rights, and grievance procedures. Based on the timing of both the offer and the executive order, and under the advice of our attorney, the E-board voted unanimously to accept the offer as it was with no delay. It was under an extreme amount of uncertainty, and even after we accepted the offer, it was still unclear whether the agency woul honor it in light of the Executive order. Hopefully that provides a little context as to why the decision was made so quickly. 2. Christmas Gift Cards: Everyone should have received their $50 Gift Cards by now. if you have not ther please reach out to your rep so we can get that resolved. 3. 2026 Tri Annual Meeting: Our Tri Annual Meeting will be held on March 6, 2026 (I still can't believe it's going to be 2026). The 2 days of Training for reps and the E-boa will be on March 4 and 5 preceding the meeting. each project should have at least 1 of their reps present at the meeting so we can conduct any necessary business, including voting for any submitted changes to the Bylaws or Constitution. The Tri Annual meeting is also the nominating convention for E-board elections. Any member in goo standing can make nominations for officer positions in which they are eligible to vote for. The elections will be hel in the Spring in accordance with our constitution and Bylaws and E-board members will start their new term on Ju 1, 2026. I think that is all for now. As always please reach out to your reps if you have any questions or concerns. Hope everyone has an awesome New Year. ~ Jake

12/5/2025 - I wanted to give an update on the Health and Fitness Leave. I finally have gotten som information from Division. At this point, the use of Admin leave for Health and Fitness has been paused in all 5 Districts of the NW Division. My understanding is that it has to do with Overhead Budget Issues related to DRP and possibly the shutdown. There is no clarification on when the program may be resumed at this time. I have asked that Division and/or District leadership provid an explanation as well as a status update to all employees so that everyone knows what is going o at least in the short term. Hopefully we will see something official shortly. — Jake

12/4/2025 New pay scale is up....

https://wageandsalary.dcpas.osd.mil/Content/WageAssetFiles/A801-NW.pdf

Nov 6, 2025 Today from Wage and Salary:

DoD Wage committee was finally authorized to meet for the first time yesterday. We are working o processing all our held schedules and getting everything back on track. I've just let USACE HQ kno

as well. Keep an eye on our site as we are able to get things issued.

 Have a Happy Thanksgiving!

Aug 6 2025 - Is Wage and Salary still under review? "I'm sorry but yes, DoD Wage Committee is still not able to meet. I will notify USACE and Army once they are able to."

July 10 - Today from Wage and Salary - "Yes, DoD Wage Committee is on hold as it is still under review. We will make sure to let USACE/Army know once we are able to issue schedules again."

July 6 - Pay holdup link - **CLICK HERE**

June 02, 2025

Greetings UPTO Brothers and Sisters,

Just wanted to take a moment to give everyone a quick update on some current issues and events.

The deadline to get signed up for the new Online dues payment system through Unionly has passed.  The deadli was May 31st.  In that time 307 members signed up with the new system.  Most of them were prior members, but we also added some new members from various projects throughout the Division.  Thank you to everyone that signed up and thank you to the reps and e-board members for helping people get signed up and the word spread about the new system.  I would like to recognize a couple of particular people in this effort. I might miss some others, and I apologize in advance, but here are a few of the people that I would really like to point out for their efforts:

1. Treasurer Andy Michel in spearheading the effort to get this rolled out.  We are blessed to have him.
2. Mike Spears, Bonneville Rep, got all 51 members on the new system at his project.
3. Brooks Keegan, Rep at Lost Creek, also got all his members on the new system.
4. Patrick Carpenter and Brian Badgwell, Reps at Lower Granite, for getting all their members on the new system and getting multiple new members signed up.

As we have been telling everyone, UPTO logo engraved Yeti Cups will be given to all of those that got signed up May 31st.  The cups were ordered last month and have been shipped and are in transit.  Once we get those, we w distribute them to the reps to hand out to members at the projects.

**Delayed Overtime Settlement Agreement –** We are still working out the final details of the agreement.  The Division attorney handling the case has been on Leave for the last 2 weeks, so it has not moved during that time. Currently, we have an agreement from them, and the final details are being refined before it is signed.  Hopefully this will move quickly in the short term now that the Division Attorney is back from leave.

**Pay Raise Status –** We received word from Wage and Salary in Washington DC that the wage survey was in progress back in early May.  The new wage schedule was scheduled to be effective June 1st, but as everyone is aware, we do not have a new wage schedule yet.  We are working to get an update from Wage and Salary and w pass that along as soon as we get it.  Our contact there is usually very good at communicating and getting us answers but recently it has been harder to get ahold of them.  Hopefully she has not fallen victim to the current administrations assault on Federal Employees.  I hope to have something this week, if not within a few days to share.

**Exclusions from Federal Labor-Management Relations Programs EO –** There is still no change about how w are operating.  We are still being told that nothing has changed, the CBA is still in full effect, and it is anticipated that it will continue until such time that all litigation is finalized.  There are multiple lawsuits working their way through the court systems.  There has been some concern among some members that we have not filed our own lawsuit, but for awareness, we are being advised that any lawsuit that is currently in the system would set a legal precedent that would apply to us, once decided.  In other words, any lawsuit that strikes down the Executive Orde would also apply to us, just like it would to the dozens of other Federal Unions that have not filed lawsuits themselves.  And if the agency decided not to apply that precedent, then that would be the time to file our own lawsuit based on the legal precedent set in the courts.

That's all I have for now.  As always, thank you to all of you for the work you accomplish daily delivering the Missi that we are tasked to deliver, and despite the recent assault on Federal Employees.  As always, if you have any

questions or concerns, do not hesitate to reach out to your local Reps, VP's or other E-board members, including myself.

In Solidarity,

Jake Chambers

UPTO President

4-17-25 Good Morning UPTO. We have finally gotten our Online dues deduction system in place for @everyone enroll in online dues deduction (Sign up links Below). With that said I just wanted to pass along an update to our current operating status:

As of now we are operating as normal. Nothing has changed and nothing will change until we are officially notified by the agency. At this point in time the implementation of the Executive Order has been put on hold pending all of the litigation that has been filed in the court systems. A process that could take some time. Right now we are still offering all of the same benefits we always have.

Even if the Executive Order stands, we are committed to continue to operate as an organization focused on helping our members. Those services include consulting on and assisting with the following:

- Reasonable Accommodation
- EEO
- Whistleblower
- OSHA
- Office of Special Counsel
- Federal Court of Claims
- MSPB Appeals
- FLIPL Reimbursement
- Sudden Death Emergency Fund
- OWCP
- Retirement Rebate of Dues
- Legal Advice through our Retained Attorney

UPTO General Meeting will be on: Friday - April 18, 2025 @ 0800.

Location: Red Lion Templin's Hotel on the River- Post Falls, Idaho

All Members Are welcome to attend.

-------------------------------------------------------------------------------------------------------

03/30/2025

Statement on Executive Order - EXCLUSIONS FROM FEDERAL LABOR-MANAGEMENT RELATIONS PROGRAMS

Greetings UPTO Brothers and Sisters,

On March 27th, 2025, President Trump issued an executive order (EO) titled "EXCLUSIONS FROM FEDERAL LABOR-MANAGEMENT RELATIONS PROGRAMS". This EO is intended to strip all of us of

our collective bargaining rights and essentially eliminate Federal Unions and the vital role they play in protecting workers in the workplace. The EO eliminates our CBA and the extra protections and rights that we have gained through the years in contract negotiations. The EO eliminates our following rights:

1. All grievance procedures that are used to address issues in the workplace concerning discipline, safety, pay discrepancies, etc.
2. I&I bargaining used to address changes in working conditions.
3. Official Time for Union Officers and representatives
4. Automatic Union Dues Deductions
5. Weingarten rights

With that said it is not all bad news. All our other rights that are covered by other laws, outside of our contract, are still in full force.  Breaks, Pay, EEO, whistleblower protection, etc. are still in effect.  There is also still hope that this EO will be overturned in the courts.

In the meantime, we are doing the following in response:

1. We are trying to coordinate and/or collaborate with other Federal Unions in fighting the EO
2. We are reaching out to the agency to try and gather information concerning the impact and implementation of the EO
3. We are determining what other methods exist for collecting dues from members in response to the elimination of automatic dues deduction
4. We are determining what other services we will be able to offer if the EO is not defeated
5. We are determining what we would need to do to realign our organizational structure in the future to maintain viability if the EO is not defeated

It is our hope that this EO will not survive the courts and may very well be overturned.  That would obviously be the best outcome.  But in the meantime, we are still gathering information and trying to get a full understanding of the impact that this will have upon our Organization if it is fully implemented.  I ask that everyone please stay patient as there are still a lot of unknowns at this point and we anticipate that this may be a very long and drawn-out process.

In Solidarity,

Jake Chambers

UPTO President

2/24/25

Congratulations to the UPTO/Claud Leinbach Scholarship winners for 2025! This year's winners are Keily Lutgens, Johny Hone, Olivia Fauth and Haley McCully. Students will each receive $2000 during their first year of college or trade school. They will also receive an award plaque presented by their District VP, (or designated representative). We would like to thank all of the students who applied and we wish them the best in their future education and careers.

02/21/2025 - From our President...

Good evening UPTO. I just wanted to take a minute and address the disorganized and chaotic situation pertaining to probationary employees. I personally don't think that the agency and the Federal Government as a whole could be handling this any worse, so I wanted to share what we know about the situation.

- Seattle District and Walla Walla District have been very open with their communication. Sending emails to all Employees multiple times over the last week.

- Portland District has apparently taken a different approach and have communicated almost nothing to their employees. Instead choosing to only communicate with their supervisors. I have been told that their finally was some communication from District Leadership late Thursday afternoon, but I have not seen it.

- All Districts are writing justifications to prevent the loss of any of the employees on the probationary lists.

- The lists that the Districts are receiving appear to have as many as 30% of the employees incorrectly listed, and they are also receiving multiple lists with varying numbers of people.

- There appears to be a consensus among all 3 Districts that they are unaware of what will happen next or when it will happen.

We are attempting to get as much information as possible, but the flow of communication, what is being communicated, and when it is being communicated is causing a lot of confusion.

We have been in contact with our Attorney and he has relayed that unless you can prove either an EEO or Whistle Blower claim leads to your termination, then Probationary employees have no recourse in his opinion. I know that is not what some people want to hear, but we will of course pursue any and all viable options to prevent members from losing their jobs.

If anyone does receive a notification of termination it has been relayed in Seattle and Walla Walla to route that information through your chain of command. I would also suggest that everyone take some time and go through your eOPF to verify your current status.

I know these are difficult and stressful times. Please support each other and communicate anything that you hear or receive that is valid to the situation to your local reps or VP's. More to come.

---

11/25/2024 - Link for Newsletter -> [/docs/UPTO%20Newsletter%2011-14-24.pdf_safe.pdf](/docs/UPTO%20Newsletter%2011-14-24.pdf_safe.pdf)

10/07/2024 - UPTO Treasurer Introduction

Greetings UPTO Brothers and Sisters,

It is with great pleasure that I announce that Andy Michel has been approved by the Executive Board to fill the vacant Treasurer position.

Andy is a Senior Power Plant Operator and has been an UPTO member for 24 years.  He has been an operator at Chief Joseph Dam, Bonneville Lock and Dam, McNary Lock and Dam, and is currently at Ice Harbor Lock and Dam.  His experience as an operator throughout the Division, an UPTO alternate Rep at Ice Harbor, and his experience as an HECP Committee member makes him an excellent choice to fill this important role on the Executive Board.

Andy will officially start on October 15th, 2024.

---

10/03/2024 - UPTO President Introduction

Greetings UPTO Brothers and Sisters, I thought I would take some time to introduce myself and give a few updates to the current events pertaining to the UPTO E-board. My name is Jake Chambers and I am a J Grade WIC at Albeni Falls Dam in Oldtown, ID. A project in the Seattle District. I have worked for USACE for over 24 years. I went through the training program at Chief Joseph Dam from 2000 to 2003 after graduating from Spokane Community College with a degree Industrial Electrical Maintenance. After finishing the training program, I spent the next 5 years as Journeyman Electrician at Chief Joseph Dam until 2008 when I transferred to Albeni Falls Dam. During my time here at Albeni Falls Dam I have worked my way up to I grade WIC and now to the grade WIC position which I currently hold.

My UPTO experience is varied. During the last 20 years, since completing the Training Program, I have been an Alternate Project Rep, a Project Rep, the Seattle District VP, and then the Treasurer from 2017 until present day. I have served on many committees, I&I bargaining teams, and was a member of the last contract negotiation team.

Personally, I like the outdoors mostly. Golf and fishing are by far my favorite activities, and what I usually gravitate towards when I am not driving my teenage daughters all over the place for their activities.

With that out of the way, I want to talk about a few current events concerning the UPTO E-board:

1. Regarding the Presidential vacancy. John Pielli communicated to the E-board on September 3rd that he would be resigning at the end of September. In accordance with the Constitution and Bylaws (which we are legally obligated to adhere to) the E-board nominated and selected me to fill the position until the next election. For awareness, that decision was not finalized until September 30th, when John Pielli announced that to the membership. In hindsight, there were some missteps in the
messaging of the situation to the membership. Please keep in mind that this was the first time that I am aware of a Presidency position being vacated in the middle of a term. Rest assured the messaging has been a learning experience for all of us. I would like to apologize for any angst that it may have caused.

2. Regarding the Treasurer position that is now vacated by me stepping into the role of the President, that position will also be filled in accordance with the Constitution and Bylaws (again, which we are legally obligated to adhere to). There will be more to come on this topic as nothing has happened to date. For continuity of operations, I will continue to fulfill those duties for the time being. I am required by the Constitution and Bylaws to nominate someone to fill that position within 60 days, and then the E-board will vote to approve that nomination before they officially start.

Also, I would like to talk about the Facebook page that we use for relaying information. I would ask that everyone try and keep the dialogue as civil as can be. We do have guidelines and I would appreciate if everyone would review those. Facebook as well has guidelines that, if not adhered to, may jeopardize this valuable source of communication. The page is meant to be used for relaying information and, hopefully, used by the members to share cool and unique things about what we do in our work throughout the Division. I would encourage people to share things that might be interesting to others in their day-to-day activities as well as any other topics of concern that might be interesting as it relates to our jobs as Federal employees as well.

In closing, I look forward to representing UPTO as we move forward into the future. Do not hesitate to contact your local reps with any issues you may have. I will be making a concerted effort to keep the lines of communication open and to relay pertinent information in a timely manner.

In Solidarity,
Jake Chambers

---

9/30/2024 - It is with great reluctance that I submitted my resignation as President of UPTO. My career path is taking
me away from USACE and UPTO represented projects.
The past several years serving on the E-Board as the Willamette Valley Vice President and UPTO President has been a highlight of my career. In accordance with our Constitution and Bylaws the Executive Board elected Mr. Jake Chambers to serve as President until the next scheduled election in
2026.
I appreciate the opportunities I have been given during my time serving the Bargaining Unit Members of
UPTO.
It has been a pleasure working with you,
- John Pielli

---

8/21/2024 New pay scale - please see our WAGES link. I will post the 2023 scale as soon as I get from DCPAS. They said we are getting retro pay from 2023 and 2024.

8/8/2024 - Mark Wall, The Dalles, is no longer able to work because of chronic back problems. The agency is applying him for disability retirement. Meanwhile, Mark has no income at all. He has exhausted all of his advanced leave and has been placed in the leave donation program. Anyone who wishes to help him out, can donate leave to him.

8/6/24 - Wage and Salary have the final BPA numbers for 2023 and 2024 (with retroactive dates). They are working on our numbers now.

5/20/2024 - New wage schedule is available on the WAGES page.

4/27/24 - The wage survey for 2024 has begun. Requests have been sent out and we are waiting on response from BPA and BOR. Will forward results asap.

4/09/24 - From Wage and Salary - "Yes, there is one utility that BPA is still waiting on negotiations. I can adjust our schedules to "final" pay once I receive BPA's effective dates of pay AND if its retroactive, but I've been told it could still be several months as they are waiting on this one utility."

1/30/24 - Our Annual Project Rep Training, will be on April 10 & 11 ~ 2024 (General Meeting: Apr 12) - Location: Holiday Inn Richland on the River, 802 George Washington Way, Richland, WA 99352

Reps: Please submit an official time request to your supervisor (on our website). Please let me know if you are attending and what day you will arrive (if you need a hotel room).

Operator Reps: Please adjust your schedule, as the agency will pay for your time at training.

All members are welcome to attend the General Meeting April 12 @ 0800.

**UPTO/Claud Leinbach Scholarship 2023-2024**

**Congratulations to the UPTO/Claud Leinbach Scholarship winners for 2023-2024!**

This year's winners are **Spencer Jolly, Zoe Fair, and Piper Keegan**. Students will each receive $2000 during their first year of college or trade school. They will also receive an award plaque presented by their District VP, (or designated representative). We would like to thank all of the students who applied and we wish them the best in their future education and careers.

10/17/23 - For anyone who has not heard we lost a friend and brother on Thursday evening. Gary Rutledge, his wife Michelle and their two kids Ryan and Kate were involved in a head-on collision taking all four of their lives. Gary has been a valued member of UPTO and the larger Corps family for many years, from his time at the Willamette Locks and then Bonneville Dam. Gary and his family had a positive impact on everyone they touched and we keep anyone who knew them in our thoughts and prayers during this time. UPTO is reaching out to his extended family to offer our support and will keep everyone as informed as possible as information becomes available. We are working with the Agency to offer support to all our members as well through the CISMR team and EAP. Please remember that everyone grieves in different ways and it may hit you at an unexpected time. Keep yourselves safe and look out for each other during this difficult time. - Jon Pielli

10/16/23 - From Wage and Salary - "I checked with BPA in September and they are still waiting on one utility. We will update the schedule if a new increase provided is retroactive before May 21, 2023."

United Power Trades Organization

8/8/23 - **NBC Article about OWCP with UPTO members.**

## 11/28/2022 - Contract Ratification Results

Election Results for UPTO Contract Ratification Revote 2022

Started at: November 13, 2022 at 6:00pm
Finished at: November 23, 2022 at 6:00pm
Time zone: Pacific Time (US & Canada)

149 of 347 ballots cast. 1 spoiled.

**Ratify the contract yes or no: UPTO Contract Ratification Revote 2022:**
Yes - I approve to ratify the new contract: 103 votes 69.13%
No - I do not approve to ratify the new contract: 46 votes 30.87%

Yes - I approve to ratify the new contract wins with 69.13% of the vote.
Votes tallied: 149

---

11/16/2022 - **United Power Trades Organization - Officer and Project Rep Training**: February 8 & 9, 2023 - **General Meeting** and Nominations: February 10, 2023 @ 0800 - Location: Graduate Eugene Hotel- 66 E 6th Ave, Eugene, OR 97401

All UPTO members in good standing are eligible to nominate candidates for UPTO offices. Eligibility for office, (in accordance with the UPTO Constitution) is membership in good standing for a continuous period of one (1) year immediately preceding the election. Any member in good standing may propose additional provisions or amendments to the UPTO Constitution or Bylaws. Proposals should be submitted to the UPTO Secretary, uptosecretary@yahoo.com by 31 December 2022, so they may be published with the General Meeting agenda prior to the meeting. This gives the members a chance to talk to their reps about the proposals. Proposed Constitutional amendments or additions must include the name of the person making the proposal, the number a wording of the article in the UPTO Constitution or Bylaws, the proposed new wording of the article, and an explanation of the need for the proposed amendment or additional provision. Complete rules and procedures ma be found in the UPTO Constitution and Bylaws.

---

**Contract Ratification Revote Information**

**11/12/2022 - Please see the CONTRACT/CBA Link: https://www.unitedpowertrades.org/index.cfm?zone=/unionactive/Contract.cfm to review the post-mediation draft of the contract (UPTO CBA 7 Nov 2022 (Post Mediation Draft). A ratification vote by the membership will occur from November 13th to November 23rd, 2022.**

**We are conducting a revote to ratify the newest version of the contract. The contract that was ratified by the membership in May of 2022 was rejected by Agency Head Review. Therefore, we are conducting a revote on the newest version of the contract that was changed after further negotiation and mediation. Ballots will be sent via email and SMS (text message) to the information on file. If you do not receive a ballot, please contact your local rep so that we can collect updated information and send you a ballot.**

**10/01/2022** Please see the **Scholarship** information page if you have a senior this year who qualifies.

8/10/22 The final pay adjustment for 2022 has been added to the wages page.

7/1/22 - **Jack Heffling -** I'm sad to announce the death of one of our UPTO brothers, Eric Engle from Dworshak. What I know at this time is that he was four the diversion tunnel that he had been sent to clean the previous day. This after he didn't show up for work though his vehicle was parked at the project. There will two investigations started at the same time, one by the HQ Safety Office and another by Col. Dorf from Division who is currently acting for Col. Van Epps. I've been told that employees will be brought in to the project on Saturday for questioning. Without knowing any of the details, this would on the surface seem to be a failure management. However, I will be going to Dworshak myself to represent our members.

**6/18/22 Protecting the Snake River Dams**

**5/20/22 - New pay schedule is up.** Please **click here** for details.

5/16/22 - **Election Results for UPTO Contract Ratification Vote 2022 -** Started at: May 5, 2022 at 8:00pm Finished at: May 15, 2022 at 6:00pm Time zone: Pacific Time (US & Canada) 149 of 352 ballots cast. 1 spoiled. Ratify the contract yes or no: UPTO Contract Ratification Vote 2022 * Yes - I approve to ratify the new contract: 1 votes (83.9%) No - I do not approve to ratify the new contract: 24 votes (16.1%) **Yes - I approve to ratify the new contract wins with 83.9% of the vote. Votes tallied: 149**

**4/13/22 - Annual Union training is underway in Lewiston Idaho. Active comments/questions for our attorn are being made on UPTO Facebook page. You can also email/text a question to any of your reps or officers.**

1/4/2022 - Announcing the 2022 Training & General Meeting - Date & Time: April 13-15 @ 0800, Location: Hells Canyon Grand Hotel, 621 21st Street, Lewiston, ID 83501Any member in good standing may propose provisions amendments to the UPTO Constitution or Bylaws. Proposals must be submitted to the UPTO Secretary, uptosecretary@yahoo.com by Feb 28, 2022 so they may be published with the General Meeting agenda 30 days prior to the meeting as required by our UPTO Constitution. Proposed Constitutional amendments or addition must include the name of the person making the proposal, the number and wording of the old article in the UPTO Constitution or Bylaws, the proposed new wording of the article, and an explanation of the need for the proposed amendment or additional provision.

To be continued with booking and agenda info …

---

11/4/2021 - **The new vaccine mandate agreement** is available in the negotiated agreements page. Also, there is new private page for comments from our President (top menu tab). The UPTO Facebook page is pretty active wit questions and answers.

10/19/2021 - **Vaccine -** We did get additional DoD guidance today though we still don't have Army or HQ guidance Supervisors should not be asking for proof of vaccinations or exception applications at this time. If any do, let me know and I'll make sure that is addressed.

10/18/2021 - **Vaccine -** We will have a team meeting at The Dalles tomorrow and Wednesday, so I and I bargain the vaccine mandate. We still haven't received any guidance from the Army or USACE but we will go ahead and bargain based on the DoD guidance. If the Army or DoD subsequently issues guidance that contradicts anything we have already bargained with, we will have to re-address those subjects. Even though we have no Army/HQ guidance, we decided to go ahead and start the bargaining process since we assume something is imminent and we want to get a head start, plus any agreement must get Agency Head review before it can be finalized.

**10/8/2021 Please login and contact Ed Hodges/Walla Walla VP (Officers page) for Covid Vaccine Exemptio Form guidance. He is in direct contact with our attorney on this issue.**

Click here for Religious

Click here for Medical

Additional instructions Here

**9/29/2021 Pay Update** from Eric Dehnert - NWD, HR Advisor - The processing center has been working hard prepping everything, the pay table has been loaded and the script to process the pay adjustments have flowed w a retro-active date of 23 May 2021.  They should be completed soon.  The folks that are entitled to pay retention will be processed manually, as well as manually updating DCPDS for the second salary on dual rated employees  It is highly improbable that it will reach DFAS for pay date 07 Oct 2021, the majority of employees should see it reflected pay date 21 Oct 2021. There are quite a few corrections between the three districts, so I cannot give yo date on when those will be completed.

**9/13/2021 - Vaccine news from our UPTO President**

United Power Trades Organization

On Friday 9/10/2021, the UPTO Executive Board consulted with Tom Muther, our Union Attorney, regarding the covid vaccine mandate that was presented via Executive Order on 09/09/21. Executive Orders, in the view of the Federal Labor Relations Authority are statutory laws that must be obeyed. Therefore, filing grievances claiming that the mandate violates some employee right will most likely not be successful.

However, since this is definitely a change in conditions of employment, the Union will be impact and implementation bargaining this mandate at some point. Before that can happen, our Agency (Either USACE HQ or NWD) must provide notice to the Union that they intend to implement the Executive Order. This could happen in days or it could be weeks. The previous Executive Order that required vaccinations or weekly covid testing never did get to us. The chain from EO to us is DoD, Army, USACE HQ, then finally to our Division. That usually is a slow process.

It is the opinion of the UPTO Executive Board that it should be up to every individual whether or not they will get the vaccination. However, it would be absolutely wrong of us to tell anyone that doesn't comply with an order to vaccinate that the Union can absolutely protect their job. In making I and I proposals, we plan to address religious freedoms, medical issues, and other possible exceptions that could require appropriate accommodation for individuals. We will also have many other proposals but some will be determined on how the guidance is written that the Agency must follow.

Our advice for now is to take a deep breath and stay calm. At this point there is no actual mandate applicable to the employees in our Division and it may be awhile. Thank you - Jack Heffling

**United Power Trades Organization**

Copyright © 2026.

All Rights Reserved.

Powered By **UnionActive**

