# EXHIBIT 2

MEMORANDUM FOR AR3147, United Power Trades Union, (UPTO)

SUBJECT: Notice of Exclusion from Representation in Accordance with Executive Order 14251, "Exclusions from Federal Service Labor-Management Relations Programs," and Accompanying Actions.

This memorandum serves as formal notification that, effective immediately, collective bargaining agreements (CBAs) between United Power Trades Union and Department of the Army are hereby terminated in accordance with Executive Order (EO) 14251, "Exclusions from Federal-Labor Management Relations Programs," March 27, 2025. This order invoked the President's authority under 5 U.S.C. § 7103(b)(1) and 22 U.S.C. § 4103(b) to exclude agencies and agency subdivisions from the provisions of the Federal Service Labor-Management Relations Statute. By operation of 5 U.S.C. § 7103(b) and EO 14251, the Department of the Army is no longer subject to the collective bargaining requirements set forth in chapter 71 of title 5, United States Code (5 U.S.C. §§ 7101-7135). EO 14251 does not apply to exempt employees as identified in EO 14251, and the certification published in 90 FR 17052, "Executive Order 14251 Certification," April 23, 2025. Additionally, bargaining units covered by a court order enjoining implementation of EO 14251 are not covered by this termination notice.

Accordingly, all CBAs, memoranda of understanding, memoranda of agreement, past practices, and any other form of written or oral agreements between the parties are hereby terminated. The union is no longer recognized as an exclusive representative of employees, and bargaining on their behalf will cease. For further information regarding this action and its implementation, please contact Mark Morrissey at mark.a.morrissey@usace.army.mil.

MORRISSEY.MAR
K.A.1223878837

Digitally signed by
MORRISSEY.MARK.A.1223878
837
Date: 2026.04.16 12:53:03
-07'00'

Mark A. Morrissey
HR Specialist LMER