The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED POWER TRADES
ORGANIZATION,

                              Plaintiff,

              v.

DONALD J. TRUMP, *et. al.*

                              Defendants.

Case No. 2:26-cv-02107-LK

UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S
MOTION FOR PRELIMINARY
INJUNCTION

Noting Date: August 4, 2026

Defendants respectfully ask this Court to extend the time to respond to Plaintiffs' Motion for Preliminary Injunction (Dkt. 12) from August 4, 2026, to August 18, 2026. Fed. R. Civ. P. 6(b). By email dated August 4, 2026, Plaintiff indicated that it did not oppose Defendants' request for an extension.

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
[Case No. 2:26-cv-02107-LK] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 4th day of August, 2026.

Respectfully submitted,

s/ James C. Strong
JAMES C. STRONG, WSBA No. 59151
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: james.strong@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 50 words in compliance with the Local Civil Rules.*

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
[Case No. 2:26-cv-02107-LK] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

### [PROPOSED] ORDER

It is hereby ORDERED that Defendants' motion is GRANTED. Defendants shall respond to the Plaintiff's Motion for Preliminary Injunction by August 18, 2026.

DATED this _____ day of _____ 2026.

_____
LAUREN KING
United States District Judge

UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
[Case No. 2:26-cv-02107-LK] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970