The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED POWER TRADES
ORGANIZATION,

Plaintiff,

v.

DONALD J. TRUMP, *et. al.*

Defendants.

Case No. 2:26-cv-02107-LK

DECLARATION OF JAMES C. STRONG

1.      I am a duly appointed Assistant United States Attorney for the Western District of Washington.

2.      At approximately 2:00 p.m., on August 4, 2026, I learned that Plaintiff had filed a motion for preliminary injunction on July 14, 2026, and had mailed a copy of the motion to the U.S. Attorney's Office, which was received on July 20, 2026.

3.      I did not receive either the mailed copy of the Motion from our mailroom staff, or an email notifying me about the Motion. Instead, I learned about the Motion after happening upon a scanned version of it located on our shared file drive on August 4, 2026.

DECLARATION OF JAMES C. STRONG
[Case No. 2:26-cv-02107-LK] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

4.      Because the noting date for the Motion is August 11, 2026, it is impossible to file a timely response by the due date of August 4, 2026.

5.      On August 4, 2026, I emailed counsel for Plaintiff to ascertain their position on Defendant's request for an extension to respond to the Motion for Preliminary Injunction. By return email, Plaintiff's counsel stated that it had no objection.

6.      At this point, I do not know exactly how or why this mistake occurred.  I have raised this issue with my management within the Civil Division. Both management and I appreciate that it is our Office's responsibility to be aware of motions properly served on this Office and to respond to them in a timely manner, rather than ask for relief from a court deadline at the last hour.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 4th day of August, 2026.

                                                  Respectfully submitted,

                                                  *s/ James C. Strong*
                                                  JAMES C. STRONG, WSBA No. 59151
                                                  Assistant United States Attorney
                                                  United States Attorney's Office
                                                  Western District of Washington
                                                  700 Stewart Street, Suite 5220
                                                  Seattle, Washington 98101-1271
                                                  Phone: 206-553-7970
                                                  Fax:    206-553-4067
                                                  Email: james.strong@usdoj.gov

                                                  *Attorneys for Defendants*

DECLARATION OF JAMES C. STRONG
[Case No. 2:26-cv-02107-LK] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970